479 A.2d 1107

Commonwealth v. Stine, Appellant.

Submitted April 2, 1984. Thomas E. Sterling, for appellant; Robert A. Mix, District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Order denying plea withdrawal affirmed. Judgment of sentence affirmed.

---

479 A.2d 1108

Commonwealth v. Stryker, Appellant.

Argued February 16, 1984. Edward R. Eidelman, Assistant Public Defender, for appellant; Glennis L. Clark, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Affirmed.